IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TINA D. CLIFT                                                                                          PLAINTIFF

v.                                         4:18CV00629-BRW

NANCY A. BERRYHILL,
Acting Commissioner of Social Security                                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, that the final decision of the Commissioner be reversed and this case be remanded for proceedings consistent with the Proposed Findings and Recommended Disposition. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 18th day of March, 2019.

                                          Billy Roy Wilson_____
                                          UNITED STATES DISTRICT JUDGE